IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY JOE JONES,

    Plaintiff,                             No. CIV S-04-2048 DFL KJM P

    vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, et al.,

    Defendants.                         ORDER

/

       Plaintiff, a state prisoner proceeding pro se, and counsel for defendants Nancy Gallagher and Deputy N. Green have stipulated that this action be dismissed as to Ms. Gallagher. The July 5, 2005 stipulation shall be honored.

       Accordingly, IT IS HEREBY ORDERED that Ms. Gallagher is dismissed as a party to this action, without prejudice.

DATED: July 11, 2005.

                                                  UNITED STATES MAGISTRATE JUDGE

/kf
jone2048.59