IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILLY JOE JONES,

       Plaintiff,               No. CIV S-04-2048 RRB KJM P

   vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, et al.,

       Defendants.         <u>FINDINGS AND RECOMMENDATIONS</u>
_____/

       Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  On November 16, 2005, plaintiff filed a request that the action be dismissed.  Fed. R. Civ. P. 41 (a).  Defendants have not opposed the request, except to request that it be with prejudice.  Defendants have not, however, shown any legal prejudice that would flow from a dismissal without prejudice.  <u>Westlands Water Dist. v. U.S.</u>, 100 F.3d 94, 96-98 (9th Cir. 1996).

       IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  Fed.R.Civ.P. 41 (a)(2).

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned

1

1    "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

2    shall be served and filed within ten days after service of the objections.  The parties are advised

3    that failure to file objections within the specified time may waive the right to appeal the District

4    Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

5    DATED:  December 12, 2005.

6

7

8    _____
     UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13   2
     jone2048.vd

14

15

16

17

18

19

20

21

22

23

24

25

26