IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY JOE JONES,<br><br>      Plaintiff,<br><br>vs.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>      Defendants. | CIV S-04-2048 RRB KJM P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE** |

The Court, having reviewed the Findings and Recommendations filed in this matter, and noting no objections, hereby **ADOPTS** the Magistrate Judge's Findings and Recommendations at Docket 88. This matter is hereby **DISMISSED WITHOUT PREJUDICE**.

ENTERED this 12th day of January, 2006.

/S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE